IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | DOCKET NO. 5:13-cr-25-RLV |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| XAVIER WATSON, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**THIS MATTER IS BEFORE THE COURT** on the Government's "Notice of Appeal, Motion for Revocation of Conditions of Release, and Motion for Order of Detention" filed December 19, 2015. [Doc. No. 97]. Having reviewed and considered the submissions from the parties and the audio recording of the Defendant's detention hearing before the United States Magistrate Judge for the Eastern District of Virginia, the Court finds that this case involves a rebuttable presumption in favor of detention, pursuant to 18 U.S.C. § 3142, and that Defendant Xavier Watson does not rebut said presumption. Accordingly, the Government's appeal, its motion to revoke the release order, and its motion for detention are hereby **GRANTED**.

**IT IS ORDERED**, pursuant to 18 U.S.C. §§ 3142 and 3145, that the release order of the United States Magistrate Judge for the Eastern District of Virginia is hereby **REVOKED**.

**IT IS FURTHER ORDERED** that the Defendant shall be **DETAINED** until further order of this Court.

The Clerk is directed to certify copies of this Order to the U.S. Probation Office, U.S. Marshall Service, and the United States Attorney's Office (via e-mail to Steven.Kaufman@usdoj.gov).

Signed: December 23, 2015

**SO ORDERED.**

Richard L. Voorhees
United States District Judge