# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### STATESVILLE DIVISION
### DOCKET NO. 5:13CR25-RLV-DCK-3

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **ORDER** |
| | ) | |
| | ) | |
| **XAVIER RASHAD WATSON** | ) | |
| _____ | ) | |

THIS CAUSE comes before the Court on Defendant's Motion Requesting A Judicial Recommendation Concerning Length of RRC/Halfway House Placement filed May 16, 2017, (Doc. 120) to the Bureau of Prisons.

The Court has reviewed the Motion and finds that the Motion is Moot. In that, it appears to the Court, that the Defendant is currently housed at the Residential Reentry Management Field Office (RRM) in Atlanta, Georgia.

IT IS, THEREFORE, ORDERED that the Defendant's Motion is DISMISSED AS MOOT.

Signed: May 21, 2018

Richard L. Voorhees
United States District Judge